### In re James Grant THOMPSON, Esq.

[723 A.2d 1146]

No. 98-546

December 16, 1998. The respondent is suspended from the practice of law until further order of this Court.

Attorney Richard A. Scholes of Montpelier is hereby appointed as trustee for the purposes set forth in Rule 22 of Administrative Order No. 9.

### STATE of Vermont v. Peter Jay POWELL
### (Walter G. French, Esq., Appellant)

[725 A.2d 301]

No. 98-303

December 21, 1998. Defendant's counsel in this criminal case seeks to appeal from the district court's order denying his motion to withdraw. Because the order he seeks to appeal from is not a final appealable order, the appeal is dismissed. See *In re Burlington Bagel Bakery, Inc.*, 150 Vt. 20, 21, 549 A.2d 1044, 1045 (1988) (final and appealable order must end litigation on merits or conclusively determine rights of parties, leaving nothing for court to do but execute judgment); *Messih v. Lee Drug, Inc.*, 220 Cal. Rptr. 43, 45 (Ct.

App. 1985) (ruling on attorney's motion to withdraw is nonappealable interim order); cf. *Chaker v. Chaker*, 147 Vt. 548, 548 n.*, 520 A.2d 1005, 1006 n.* (1986) (applying V.R.A.P. 2 to review as interlocutory appeal trial court's ruling on attorney's motion to withdraw); 19 J. Moore, Moore's Federal Practice 202.11[8][b], at 61 (3d ed. 1998) (given related decisions by United States Supreme Court, orders denying disqualification of attorneys in criminal cases are most likely not appealable under final judgment rule).